AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*February 28, 2018*

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kacie Lynn Thompson | ) | Case No. **4:18mj0273** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 2017 to February 2018  in the county of  Harris  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1708 | Mail Theft |

This criminal complaint is based on these facts:
see attached Affidavit of U.S. Postal Inspector Benjamin Whitsitt

☑ Continued on the attached sheet.

*Complainant's signature*

Benjamin Whitsitt U.S. Postal Inspector
*Printed name and title*

Sworn to  telephonically.

Date:  March 02, 2018

*Judge's signature*

City and state:   Houston, Texas

Dena Hanovice Palermo U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of
## Arrest Warrant

1. I, United States Postal Inspector Benjamin J. Whitsitt, have been employed by the U.S. Postal Inspection Service since 2017. I am currently assigned to the Mail Theft team in Houston, TX and have received specialized training in numerous Postal crimes, primarily those involving identity mail theft and bank fraud related offenses. I am familiar with how identity thieves use victims' information to open fraudulent credit card and bank accounts.

2. The information set forth in this Affidavit is based upon Affiant's personal knowledge and/or information provided to Affiant by other law enforcement officers, fraud investigators, and other individuals the undersigned believes to be reliable and credible.

3. Because this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, Affiant has not included each and every fact concerning this investigation. Affiant has set forth only the facts believed to establish probable cause that **Kacie Lynn Thompson** has committed violations of federal law.

4. In February of 2018, Affiant was made aware of the identity fraud, credit card fraud and mail theft scheme involving **Kacie Lynn Thompson**. Affiant was contacted on February 13, 2018 by Montgomery County Sheriff's detective Jason Prince in regards to Montgomery County Sheriff's incident number 18A041578. Detective Prince stated that on February 12, 2018 subjects Ashley Mack and Alexander Sanderson were arrested for Fraudulent Use/Possession of Identifying Information. At the time of arrest subjects Ashley Mack and Alexander Sanderson were in possession of over 50 pieces of fraudulent identifying information, to include fraudulent identification cards containing both Mack and Sanderson's photo, checks, credit cards and tax information. Mack and Sanderson were also in possession of blank checks and a Telecheck printer at the time of arrest.

5. On February 12, 2018 Detective Prince conducted a Mirandized interview with Mack and she stated she met an individual she knew as **Kacie Thompson** in February of 2017. Mack stated that **Thompson** taught her how to obtain information on various victims and how to defraud them in the process. Mack stated that **Thompson** came into possession of a special key which would allow her access into cluster style mail boxes centrally located within apartment complexes. Mack stated that she and **Thompson** would steal mail from the complexes and then use Publicdata.com to confirm the pre-approved credit card offers, receive a pre-approval from the credit card companies. They would then return to the same mail boxes 7-10 days later and steal the approved credit cards. Mack stated that she was taught by **Thompson** how to crop images from a paper Texas Driver's License and place her photo onto the fraudulent driver's license bearing an unknown victim's information. Mack stated that she had seen **Thompson** at **Thompson's** residence on Thursday February 8, 2018, at the Crosland Suites located at 2130 Highway 6 # 302 Houston Texas 77077. Mack stated that **Thompson** was in possession of multiple plastic containers containing fraudulently obtained credit cards, fraudulent driver's licenses and

other identifying information stolen from various victims in and around the Houston area. Mack positively identified **Thompson** from a photo provided by Detective Prince.

6. On February 12, 2018 Detective Prince conducted a Mirandized interview with Sanderson, he confirmed the facts given by Mack about her relationship with **Thompson**. Sanderson stated that he has known **Thompson** for about two years and that as long as he has known her she has stolen financial documents, tax information and other documents containing identifying information and using it to defraud unknown victims. Sanderson stated that **Thompson** is staying at the Crosland Suites located at 2130 Highway 6 # 302 Houston, Texas 77077. Sanderson described the location as an extended stay motel located between the area of Highway 6 and Westheimer road. He stated that the last time he was in her suite about a month prior and while there he observed six or seven plastic storage containers what he described as file boxes similar to ones you purchase at Office Depot. He stated that within the containers were documents and writing containing identifying information from hundreds of individuals.

7. On February 13, 2018 Affiant conducted a Mirandized interview with Mack in the presence of Inspector Joe MacDougall and she stated that she stolen mail with **Thompson.** Mack stated that **Thompson** was the one that taught her how to steal mail and open fraud accounts. Mack stated that **Thompson** has a special key that opens the mail box panels in apartment complexes. Affiant showed Mack a photograph of three different postal keys. The key that she had identified from the photograph was an Arrow Key. An arrow Key is a key distinct to the post office. An Arrow Key is assigned to a certain zip code and is able to open every blue collection box and neighborhood collection box within that zip code.

8. On February 13, 2018, Judge Catherine Evans, magistrate of the 180th District Court of Harris County, Texas authorized a search warrant to search for identifying information stolen from victims relating to this case and any others outstanding. The search was for 2130 Highway 6 Suite 302 Houston, Texas 77077. Montgomery County Detectives Lamphier, Prince, Davidson, Favorat, Montgomery County Sergeant and Affiant performed a search of the apartment locating **Thompson** and Gary Stasko inside.

9. During the search, identifying information belonging to more than a hundred victims, more than a hundred credit cards, checks, Identification cards, and Arrow lock, lock picking tools and approximately 40 pieces of unopened mail were seized. An Arrow lock is a lock specifically designed for the post office to use on collection mail box panels and blue collection boxes. An Arrow lock is designed to only be opened with an Arrow key.

10. While on scene **Thompson** was Mirandized and questioned about her possession of the identifying information by Detective Prince. The interview was digitally recorded. **Thompson** waived her right to counsel and at no point evoked those same rights. During the interview she admitted to stealing mail from apartment cluster mail boxes and from mail boxes at lease houses. **Thompson** stated that she defrauded up to 40 victims by applying for credit cards in their names. **Thompson** stated that at one point she did have an Arrow Key but it became stuck in one of the locks while stealing mail. When an Arrow lock is

used outside of its assigned the zip code the Arrow locks are designed to capture the key and not allow it to be released with a specialty tool. **Thompson** admitted to reproducing Texas Drivers Licenses in victims' name so that her friends could use them to rent apartments and hotel rooms. **Thompson** stated that all the information, credit cards, passports, Identification and stolen mail seized from the suite was hers and none of it belong to Gary Stasko.

11. Based on the forgoing information, Affiant has reason to believe and does believe that, on or about February 2017 to February 2018, **Kacie Lynn Thompson** committed the offense of Mail Theft, 18 USC 1708.

_____
Benjamin J. Whitsitt
United States Postal Inspector

SUBSCRIBED TO AND SWORN TELEPHONICALLY on March 02, 2018.

_____
Dena Hanovice Palermo
United States Magistrate Judge